No. 349, Misc.  BOYDEN *v.* UNITED STATES, *ante,* p. 911;
No. 395, Misc.  BOZELL *v.* UNITED STATES, *ante,* p. 927;
No. 444, Misc.  FARRANT *v.* LAINSON, WARDEN, *ante,* p. 922;
No. 479, Misc.  McGARTY *v.* O'BRIEN, WARDEN, *ante,* p. 928;
No. 480, Misc.  SOULIA *v.* O'BRIEN, WARDEN, *ante,* p. 928; and
No. 500, Misc.  DARRIN *v.* UNITED STATES ET AL., *ante,* p. 934.  The petitions for rehearing in these cases are severally denied.